**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:25-cr-52 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| RICHMOND LEBRON MADDEN, Jr., | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

**ORDER**

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 47) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Eleven of the twelve count Indictment; (2) accept Defendant's guilty plea to Counts Two and Eleven of the twelve count Indictment; (3) adjudicate Defendant guilty of Count Two: distribution of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); (4) adjudicate Defendant guilty of Count Eleven: possession with intent to distribute a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and (5) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 47) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1

1.  Defendant's motion to withdraw his not guilty plea to Counts Two and Eleven of the twelve count Indictment is **GRANTED**;

2.  Defendant's plea of guilty to Counts Two and Eleven of the twelve count Indictment is **ACCEPTED**;

3.  Defendant is hereby **ADJUDGED** guilty of Count Two: distribution of a mixture and substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C);

4.  Defendant is hereby **ADJUDGED** guilty of Count Eleven: possession with intent to distribute a mixture and substance containing a detectable amount of fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); and

5.  Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **October 30, 2026, at 9:00 a.m.**

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2